

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00472-CV

**ARC PARKLANE, INC.** d/b/a Parklane West Healthcare Center,
Appellant

v.

Arvel **SEALS** Jr., as Representative of the Estate of Dora Sylvia Lehrman, Deceased
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10177
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Jason Pulliam, Justice

Delivered and Filed:  November 25, 2015

DISMISSED

The parties filed a joint motion to dismiss this interlocutory appeal. Their motion states they have agreed to dismiss this appeal so that various actions may be taken in the trial court.

The parties' joint motion is granted; this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f); *Caballero v. Heart of Texas Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. 2001) (per curiam).

PER CURIAM